United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR ACTION NO. 2:25-CR-00061 |
| § | |
| JASON AL VENECIA § | |

## ORDER RESCINDING BOND

A show cause hearing was held on April 21, 2025, regarding a petition alleging the defendant violated the conditions of his bond. (D.E. 29). Defendant, through counsel, moved to rescind the bond. The Government was unopposed to the bond being rescinded.

Accordingly, the Defendant's bond is RESCINDED, and the Defendant is ordered detained pending sentencing. It is further ORDERED that the cash deposit be returned to the depositor and any co-sureties and third party custodians are released from their obligations of the Order Setting Conditions of Release (D.E. 8) and the Appearance Bond (D.E. 9).

ORDERED on April 21, 2025.

_____
Jason B. Libby
United States Magistrate Judge

1 / 1