IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. 2:25-cr-0061-1 |
| JASON AL VENECIA | § | |

### UNOPPOSED DEFENDANT'S MOTION TO RECOMMEND PLACEMENT FOR SERVICE OF SENTENCE

The defendant, JASON AL VENECIA, through his court-appointed attorney, the Federal Public Defender, requests that the Court recommend placement in the Bureau of Prisons for service of his sentence in Texas. As grounds for this motion, Mr. Venecia shows as follows:

**I.**

Mr. Venecia pleaded guilty to transporting, moving, attempting to transport, and attempting to move an undocumented noncitizen within the United States by means of a motor vehicle, in violation of Title 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II). On July 8, 2025, Mr. Venecia appeared for sentencing and received a sentence of 24 months in the Bureau of Prisons, followed by 2 years of supervised release.

**II.**

Mr. Venecia requested that a motion be made requesting a Bureau of Prisons placement in Texas so that he may be near family. Mr. Venecia recognizes that any such recommendation is not binding on the Bureau of Prisons.

WHEREFORE, Mr. Venecia requests that the Court recommend that he serve his sentence at a Bureau of Prisons facility within Texas.

### III.
### CERTIFICATE OF CONFERENCE

Defense counsel has conferred with Assistant United States Attorney Ashley Pruitt, and the government is unopposed to this motion for placement.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By: /s/ Lila Michelle Garza
LILA MICHELLE GARZA
Asst. Federal Public Defender
Texas State Bar No.: 24047285
Southern District of Texas No.: 1277008
500 N. Shoreline Blvd., Ste. 301
Corpus Christi, Texas 78401
Telephone: (361) 888-3532
Fax: (361) 888-3534

### CERTIFICATE OF SERVICE

I certify that on July 9, 2025 a copy of this document was served via CM-ECF on Assistant United States Attorney Ashley Pruitt, 800 N. Shoreline, Suite 500, Corpus Christi, Texas 78401.

/s/ Lila Michelle Garza
LILA MICHELLE GARZ

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **v.** | § | **CRIMINAL NO. 2:25-cr-0061-1** |
| **JASON AL VENECIA** | § | |

**ORDER**

The defendant's motion for a recommendation to serve his sentence at a Bureau of Prisons facility in Texas is         GRANTED        /        DENIED.

It is recommended that the defendant, Jason Al Venecia, serve his sentence at a facility within Texas so long as the security needs of the Bureau of Prisons are met.

It is further ORDERED that a copy of this order shall be provided to the United States Marshal, who shall forward it to the Bureau of Prisons.

So ordered this _____ day of _____, 2025.

_____
HONORABLE NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE